UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH CAYWOOD,

                Plaintiff,

vs.

MICHAEL HOVENDICK, *et al.*,

                Defendants.

Case No.: 2:23-cv-00884-GMN-BNW

**ORDER DENYING MOTION TO EXTEND DEADLINE**

       Pending before the Court is the Motion to Extend the Due Date of the Objections to R&R (ECF No. 39), filed by Joseph Caywood ("Plaintiff"). Magistrate Judge Weksler filed a Report and Recommendation ("R&R") (ECF No. 37) which recommended GRANTING in part Defendants' Motions to Dismiss, (ECF No. 19, 27), and dismissing Plaintiff's First Amended Complaint, (ECF No. 16), without prejudice and with leave to amend. Plaintiff failed to object to the R&R by the objection deadline of August 6, 2024. On August 7, 2024, this Court adopted the R&R and gave Plaintiff 45 days to file an amended complaint. (*See* Order, ECF No. 38). On September 6, 2024, Plaintiff filed the pending Motion asking for an additional 45 days to file an objection to the R&R. Plaintiff did not file an amended complaint by the deadline. Mitchell Hovendick ("Defendant") filed a Response, (ECF No. 40), objecting to the untimeliness and improper form of the pending Motion. The Court agrees with Defendant that the time to file an objection has passed. But the Court recognizes that Plaintiff is pro se and as such finds it appropriate to give Plaintiff one more opportunity to file an amended complaint.

       Accordingly,

       **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend the Due Date of the Objections to R&R is **DENIED**.

1    **IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint by
2    November 12, 2024.  Failure to file an amended complaint **will** result in the dismissal of this
3    action with prejudice.
4    Dated this __11__ day of October, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court