UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH CAYWOOD,

                Plaintiff,

vs.

MITCHELL HOVENDICK, *et al.*,

                Defendants.

Case No.: 2:23-cv-00884-GMN-BNW

**ORDER DISMISSING CASE WITH PREJUDICE**

Pursuant to this Court's October 11, 2024, Order, (ECF No. 41), Plaintiff Joseph Caywood had until November 12, 2024, to file an amended complaint. The Court warned Plaintiff that failure to file an amended complaint would result in a dismissal of his action with prejudice. Plaintiff did not file an amended complaint by the deadline and the time to do so has passed.

**IT IS HEREBY ORDERED** that the case is DISMISSED with prejudice. The Clerk of Court is kindly instructed to close the case.

**DATED** this 11 day of December, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT